# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 8, 2026

*By the Court*:

| | |
|---|---|
| No. 26-1074 | JOHNNY LEE RICHMOND,<br>              Plaintiff - Appellant<br><br>v.<br><br>CITY OF MILWAUKEE, et al.,<br>              Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:25-cv-01780-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller | |

This cause, docketed on January 15, 2026, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**    (form ID: **137**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 8, 2026

To:   Linda M. Klemm
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
Milwaukee, WI 53202-0000

|  |  |
|---|---|
| No. 26-1074 | JOHNNY LEE RICHMOND,<br>          Plaintiff - Appellant<br><br>v.<br><br>CITY OF MILWAUKEE, et al.,<br>          Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:25-cv-01780-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                               Circuit Rule 3(b)

STATUS OF THE RECORD:                        no record to be returned

form name: **c7_Mandate**     (form ID: **135**)